UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01642-SSC                    Date: April 10, 2026

Title      Kirill Daniyarov v. Markwayne Mullin et al

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                              n/a
Deputy Clerk                    Court Reporter / Recorder

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None Present                        None Present

**Proceedings:**   (IN CHAMBERS) **Order Denying Petitioner's Motion for a Temporary Restraining Order (ECF 4)**

On April 3, 2026, Petitioner Kirill Daniyarov filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241, seeking release or an individualized bond hearing before an immigration judge.  (ECF 1.)  Along with the petition, Petitioner filed a motion for a temporary restraining order (TRO).  (ECF 4.)

Also on April 3, 2026, the Clerk issued a notice of General Order 26-05, which sets the governing briefing schedule in this case.  (ECF 7.)  The briefing schedule requires Respondents to file an answer to the petition no later than seven days from issuance of the notice.  (*Id.* at 2.)

The Court denies Petitioner's motion for a TRO because the briefing schedule on Petitioner's underlying habeas petition has been expedited such that Petitioner cannot show irreparable harm

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:26-cv-01642-SSC                    Date: April 10, 2026

Title       Kirill Daniyarov v. Markwayne Mullin et al

warranting a TRO during the pendency of his habeas proceedings.  *See Granny Goose Foods, Inc. v. Bhd. of Teamsters*, 415 U.S. 423, 439 (1974) (the underlying purpose of a TRO is "preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing.")  Accordingly, Petitioner's motion for a TRO (ECF 4) is DENIED.

**IT IS SO ORDERED.**

                                                                              :
                                                    Initials of Preparer      **ts**